QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Gregory A. Fuoco (SBN 308073)
gregfuoco@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Third Party Subpoena Issued to DreamHost, LLC<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DreamHost, LLC,<br><br>Respondent. | **Case No.**<br><br>Related Case No. 3:24-cv-06917-AMO in the United States District Court for the Northern District of California<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO THIRD PARTY SUBPOENA TO DREAMHOST, LLC**<br><br>**JUDGE**:<br>**HEARING**:<br>**TIME:**<br>**DISCOVERY CUTOFF**: March 12, 2026<br>**PRETRIAL CONF.**: May 20, 2027<br>**TRIAL DATE**: June 14, 2027 |

## <u>NOTICE OF MOTION AND MOTION TO COMPEL</u>

PLEASE TAKE NOTICE that Plaintiff WP Engine, Inc. ("Plaintiff" or "WPE"), by and through its attorneys of record, will and hereby does move the Court under Fed. R. Civ. P. 45, 26, and 37, for an Order overruling objections and compelling production from DreamHost, LLC ("Respondent" or "DreamHost") in response to Plaintiff's Subpoena, at a date and time to be determined by the Court. Respondent is headquartered in Brea, California at all times relevant to this matter.

For the reasons set forth in the accompanying Joint Stipulation, Plaintiff has a substantial need for the documents responsive to this Subpoena so that Plaintiff may satisfy the elements of their claims in Related Case No. 3:24-cv-06917-AMO in the United States District Court for the Northern District of California. Further, the needed discovery is relevant, proportional to the needs of the case, and producing it will not be unduly burdensome. DreamHost's objections are unsupported.

Plaintiffs complied with L.R. 37-1 by repeatedly conferring with DreamHost—both via email and twice over Zoom. Having reached an impasse on the records sought by WPE, the Parties have prepared the accompanying joint stipulation.

WPE's Motion is based on this Notice of Motion, the parties' concurrently filed Joint Stipulation, the Declaration of Gregory A. Fuoco, the exhibits attached thereto, any supplemental memoranda that may be filed by the parties, and any and all other materials the Court deems proper.

Dated: November 11, 2025

Respectfully submitted

By: /s/ Michael E. Williams
Michael E. Williams

*Attorney for WP Engine, Inc.*

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN
RESPONSE TO THIRD PARTY SUBPOENA TO DREAMHOST, LLC
*In re Third Party Subpoena Issued to DreamHost, LLC*