## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SA MC 25-00025-MRA (DFM) | Date: | April 28, 2026 |
|---|---|---|---|
| Title | WP Engine, Inc. v. DreamHost, LLC | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order re: Redacted Communications

This is a subpoena-related dispute arising out of an action in the Northern District of California. The moving party is WP Engine, Inc., a party in the underlying action. It seeks to enforce the compliance of a subpoena issued to DreamHost, LLC.

I have worked with counsel for the last several months to resolve several of their disputes cooperatively. After several months, those disputes have narrowed, and the parties have agreed to present one of the remaining disputes to me informally.

DreamHost has redacted portions of 15 documents from its production because the redacted portions are not responsive to WP Engine's subpoena as narrowed by the parties' various agreements. With the parties' blessing, I have reviewed an unredacted set of DreamHosts's documents.

As I told counsel, context is important when drawing a line between what is a responsive and relevant communication and what is not. As a result, most courts don't like redactions of otherwise responsive documents because those documents may contain some non-responsive material. See Bonnell v. Carnival Corp., No. 13-22265, 2014 WL 10979823, at *4 (S.D. Fla. Jan. 31, 2014) (concluding that the "better, less-risky approach" is not to allow parties "the carte blanche right to willy-nilly redact information from otherwise responsive documents in the absence of privilege, merely because the producing party concludes on its own that some words, phrases, or paragraphs are somehow not relevant"); Evon v. Law Offices of Sidney Mickell, No. 09-0760, 2010 WL 455476, at *2 (E.D. Cal. Feb. 3, 2010) ("[A] party should not take it upon him, her or itself to decide unilaterally what context is necessary for the non-redacted part disclosed, and what might be useless to

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

the case. It should not come as a shock to those involved in litigation, that parties may see the outcome differently.").

I largely agree with these decisions and their standpoint on redactions for non-responsiveness within a document. I've reviewed the redacted documents and it appears likely to me that WP Engine would disagree with some if not many of DreamHosts's redactions, feeling that the redacted portions deprived them of necessary context or other relevant information. Accordingly, the non-privileged redactions in DreamHost's document production should be removed. DreamHost is **ORDERED** to produce an unredacted set of responsive documents within seven (7) days of the date of this order.